The order below is hereby signed.

Signed: January 27, 2011.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| GEMMA CALLISTE | Case No. 10-00685-SMT (Chapter 11) |
| Debtor | |
| AURORA LOAN SERVICES, LLC | Ref. Dkt. #34 |
| Plaintiff v. | |
| GEMMA CALLISTE, et al. | |
| Defendants | |

## CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay ("Motion")

filed by  Aurora Loan Services, LLC ("Aurora"), and good cause having been shown;

and

WHEREAS, on or about April 26, 2007, the Debtor executed and delivered to Lehman Brothers Bank, FSB a Note in the amount of TWO HUNDRED FORTY-EIGHT THOUSAND and 00/100 dollars ($248,000.00), plus interest at the rate of 6.875% per annum to be paid over thirty (30) years; and

WHEREAS, to secure the repayment of the sums due under the Note, the Debtor executed and delivered to Lehman Brothers Bank, FSB a Deed of Trust dated April 26, 2007 encumbering the real property ("Property") described as:

> Part of Lot 69 in Square 615 in a subdivision made by Kate R. Larutizen and others; as per plat recorded in recorded in Liber W.B.H. at folio 83 among the records of the Office of the Surveyor of the District of Columbia.

which has the address of 16 Q. Street NW., Washington, DC 20001; and

WHEREAS, the Deed of Trust and Note were later transferred to Aurora and Aurora is the holder of the Deed of Trust and Note; and

WHEREAS, the Debtor has failed to make five (5) contractual payments in the amount of $1,961.11 each for the months of March, 2010 through July, 2010, and is in default for $15,193.93, which amount includes $816.10 in accrued late charges, $12.12 in escrow shortage, $3,526.16 in prior foreclosure fees and costs, $30.00 in NSF fees, $204.00 in inspection fees and $800.00 representing attorneys' fees and costs incurred by Aurora in filing the Motion; and

WHEREAS, the parties desire to resolve this matter without the risks and costs of litigation.

It is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the automatic stay is modified as follows:

(a)     The Debtor shall cure the arrearage through the filing of a Chapter 11 Plan within forty-five (45) days from the date of entry of this Consent Order

Modifying Stay and nothing in this Order shall prevent other creditors from filing objections, if they deem it appropriate to do so; and

(b)     In addition to curing the Arrearage, the Debtor shall resume making regular monthly payments in the amount of $1,961.11 subject to adjustment for taxes and insurance as due under the Note beginning with the January 2011 payment to be paid on or before January 31, 2011 and continuing on the first day of each and every month thereafter until the Note is paid in full, and;

(c)     All payments must be sent directly to Aurora Loan Services, LLC, Attn: Cashiering, P.O. Box 5180, Denver, CO 80127-5180; and it is further

ORDERED, that in the event that the Chapter 11 Plan is not filed within forty-five (45) days from the date of entry of this Consent Order Modifying Stay or if any if any of the payments described herein are not timely made, then Aurora shall file and serve a Notice of Default to Debtor and Debtor's counsel.  The Notice of Default shall contain the full amount needed to cure the default including any attorneys' fees associated with filing the Notice of Default.  The Debtor shall have ten (10) days ("Cure Period") from the date the Notice of Default is served to cure the default along with any payment that has become due subsequent to the Notice of Default.  If the default is not cured within the cure period, Aurora shall file and serve a Notice of Intent to Foreclose to Debtor, Debtor's counsel and the Trustee.  The automatic stay shall then terminate and Aurora shall be authorized to immediately exercise it legal rights under applicable law as to the Property.  Furthermore, the Debtor may have only one (1) cure period every twelve (12) months.  Should the debtor default again within a twelve-month period, Aurora shall file and serve a Notice Intent to Foreclose

to Debtor and Debtor's counsel wherein the stay shall terminate and Aurora shall be

entitled to exercise its legal rights under applicable law as to the Property.  Should

Debtor dispute the Notice of Default or Notice Intent to Foreclose and file a response

within the ten (10) day cure period that states with particularity the basis for disputing

the Notice of Default, then the dispute shall be set for hearing and the automatic stay

shall remain in effect pending a hearing on the Notice of Default; and it is further

ORDERED, that to the extent this case is dismissed, discharged, converted to

a case under Chapter 7 or closed and payments on the Note are not contractually

current, Aurora may exercise its legal rights under applicable law with respect to the

Property.


SEEN AND AGREED:


/s/ Kristen J. Misleh
James E. Clarke, Bar# 460826
Kristen J. Misleh, Bar# 982949
Attorneys for the Plaintiff
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
kmisleh@atlanticlawgrp.com




__/s/ Jeffrey M. Sherman_____
Jeffrey M. Sherman, Esquire
JACKSON & CAMPBELL
1120 20th Street, NW
Suite 300 South
Washington, DC 20036
Attorney for the Debtor

## <u>CERTIFICATION</u>

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Kristen J. Misleh
Kristen J. Misleh, Esquire
James E. Clarke, Esquire

Copies to:

James E. Clarke, Esquire
Kristen J. Misleh, Esquire
Attorneys for the Plaintiff
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

Gemma Calliste
11016 Lake Victoria Lane
Bowie, MD 20720
Debtor

Jeffrey M. Sherman, Esquire
JACKSON & CAMPBELL
1120 20th Street, NW
Suite 300 South
Washington, DC 20036
Attorney for the Debtor

Creditors Holding 20 Largest Unsecured Claims

**END OF ORDER**