UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GEMMA CALLISTE<br>EARL CALLISTE<br><br>        Debtors | Chapter 11<br>Case No. 10-00685-MST |
| U.S. BANK TRUST, N.A., AS TRUSTEE<br>FOR LSF9 MASTER PARTICIPATION<br>TRUST<br><br>        Movant<br><br>v.<br><br>GEMMA CALLISTE<br>EARL CALLISTE<br>        (Debtors)<br><br>US TRUSTEE FOR REGION 4<br>        (Trustee)<br><br>        Respondents | |

## NOTICE OF INTENT TO FORECLOSE

COMES NOW, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") by undersigned counsel hereby gives notice of the following:

1. That a Chapter 11 Plan ("Plan") was entered by this Court with regards to the real property at 16 Q Street NW, Washington DC 20001.

2. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on .February 26, 2019.

3. The Debtors have failed to cure the Notice of Default.

Kathryn Smits, Esq., Bar # 1024055
PO Box 2548
Leesburg, VA 20177
(703)777-7101

Pursuant to the terms of the Plan entered herein and the Debtors' failure to cure the Notice of Default, the Automatic Stay is terminated and U.S. Bank is free to exercise its rights under the terms of the Note and Deed of Trust.

Date:  _April 22, 2019_____

                                                Respectfully submitted,

                                                _/s/ Kathryn Smits_____
Kathryn Smits, Bar #1024055
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
ksmits@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on April 22, 2019, copies of the foregoing Notice of Intent to Foreclose were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtors' Attorney*

Joseph A. Guzinski
U. S. Trustee's Office
115 South Union St
Suite 210 Plaza Level
Alexandria, VA 22314
*US Trustee*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Intent to Foreclose to the following non-ECF participants:

Gemma Calliste
11016 Lake Victoria Lane
Bowie, MD 20720
*Debtor*

Earl Calliste
4013 14th Street, NW
Washington, DC 20010
*Debtor*

                  /s/ Kathryn Smits
                Kathryn Smits, Esquire