**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 10-00685-ELG |
| GEMMA CALLISTE | |
| Debtor | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of U.S. Bank National Association as trustee, for the registered holders of CSMC Asset-Backed Trust 2007-NC1 OSI, CSMC Asset-Backed Pass-Through Certificates, Series 2007-NC1 OSI C/O PHH Mortgage Corporation ("Creditor"), in the above-captioned case related to the property located at 1659 Montello Avenue, NE, Washington,, DC 20002 and the loan number ending XXXXXX0391 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: May 20, 2025

_____/s/ Gregory C. Mullen_____
Gregory Mullen, Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Joseph A. Guzinski, Trustee                    Daniel M .Press, Esq.

_____/s/ Gregory C. Mullen_____
Gregory Mullen, *Attorney for the Creditor*

BWW#: DC-377292