**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 10-00685-ELG |
| GEMMA CALLISTE | [LEAD CASE] |
| EARL CALLISTE | Case No. 13-00500-ELG |
| Debtors in Possession | [JOINTLY ADMINISTERED CASE] |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, FOR THE REGISTERED HOLDERS OF CSMC ASSET-BACKED TRUST 2007-NC1 OSI, CSMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-NC1 OSI C/O PHH MORTGAGE CORPORATION, Movant, | Chapter 11 |
| v. | |
| GEMMA CALLISTE | |
| EARL CALLISTE, Debtors in Possession/Respondents | |

**NOTICE OF FAILURE TO CURE MATERIAL DEFAULT**
**AND TERMINATION OF AUTOMATIC STAY**

Please take notice that Earl Calliste (the "Debtor in Possession") failed to comply with the terms of the Order Confirming Chapter 11 Plan entered March 13, 2017 (ECF No. 337) (the "Plan Confirmation Order") and the Notice of Default on Plan Provisions filed by U.S. Bank National Association as trustee, for the registered holders of CSMC Asset-Backed Trust 2007-NC1 OSI, CSMC Asset-Backed Pass-Through Certificates, Series 2007-NC1 OSI c/o PHH Mortgage Corporation on May 28, 2025 (ECF No. 451) (the "Default Notice").

The Debtor failed to cure the default (and any payment(s) coming due in the regular course or pursuant to the Order) in the Default Notice within twenty-one (21) days as required by the Plan Confirmation Order. The Default Notice was mailed to the Debtor on May 28, 2025, and filed with Court electronically on May 28, 2025.

Pursuant to the terms of the Plan Confirmation Order (Sections 2.15 and 3.14.1 as to class treatment and 1.35A as to Material Default), the Automatic Stay TERMINATED without further notice to the Debtor. Notice is hereby given that the Movant intends to initiate//resume foreclosure proceedings on the real property and improvements thereon known as 1659 Montello Avenue, NE,

Gregory Mullen, Fed. Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555 (p), 301-961-6545 (f)
bankruptcy@bww-law.com

Washington, DC 20002.

                                                Respectfully Submitted,

Dated: June 23, 2025                        */s/ Gregory C. Mullen*
                                          Gregory Mullen, Fed. Bar No. MD0020
                                          BWW Law Group, LLC
                                          6003 Executive Blvd, Suite 101
                                          Rockville, MD 20852
                                          301-961-6555 (p), 301-961-6545 (f)
                                          bankruptcy@bww-law.com
                                          *Attorney for the Movant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June, 2025, a copy of the foregoing Certificate of Default and Termination of Automatic Stay was mailed by first class mail, postage prepaid, to the following persons:

Joseph A. Guzinski, Trustee
1725 Duke St.
Suite 650
Alexandria, VA 22314

Daniel M. Press, Esq.
6718 Whittier Ave.
Suite 200
McLean, VA 22101

Lerch, Early & Brewer
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814

Gemma Calliste
11016 Lake Victoria Lane
Bowie, MD 20720

Earl Calliste
1659 Montello Avenue, NE
Washington, DC 20002

                                            */s/ Gregory C. Mullen*
                                        Gregory Mullen, *Attorney for the Movant*

Gregory Mullen, Fed. Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555 (p), 301-961-6545 (f)
bankruptcy@bww-law.com